| AO 10 Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Cudahy, Richard D. | 2. Court or Organization Court of Appeals/7th Circuit | 3. Date of Report 05/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address Chambers 2648 219 South Dearborn Street Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman of the Board of Directors | Patrick and Anna M. Cudahy Fund |
| 2. | Chairman | Gender Bias Committee/7th Circuit Court of Appeals |
| 3. | Member and Fellow | American Bar Association |
| 4. | Member, Council Group | American Bar Association Section on Public Utilities, Communications & Transportation |
| 5. | Member | The Lawyers Club of Chicago |
| 6. | Member | Federal Judges' Association |
| 7. | Trustee Emeritus and Member of Investment Committee | Catholic Theological Union, Chicago, Illinois |
| 8. | Member | American Legion |
| 9. | Co-Trustee | ▨▨▨▨▨ F T #1, #2 |
| 10. | Member | Union League Club of Chicago |
| 11. | Member | Advisory Committee to the Center for International Human Rights at Northwestern University |
| 12. | Member | Foundation Advisory Board of the International Aviation Law Institute at DePaul University |
| 13. | Member | Visiting Committee of the University of Chicago Divinity School |
| 14. | Honorary Judicial Member | IPLAC - Intellectual Property Law Association of Chicago |
| 15. | Member | Judicial Advisory Board of the American Society of International Law |

FINANCIAL DISCLOSURE OFFICE 2009 MAY 19 A 11: 26 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Prudential Retirement (formerly Patrick Cudahy Pension Plan B) | $1,451.40 |
| 2. 2009 | West Services, book royalties | $1.139.22 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Salary as Medical Doctor for Advocate Northside Health System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The American Society of International Law | March 19, 2009 | Washington, DC | Annual Meeting of Judicial Advisory Board | air fare, lodging. meal |
| 2. | Pennsylvania State University | November 20, 2009 | State College, PA | Judged Moot Court | air fare, lodging and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. -Cash Northern Trust Chicago | A | Interest | J | T | | | | | |
| 3. -Cash Marshall&Ilsley Milw | A | Interest | J | T | | | | | |
| 4. Schwab Govt Money Fund | A | Interest | P1 | T | | | | | |
| 5. -U S Treas Note | C | Interest | M | T | | | | | |
| 6. -U S Treas Sec Stripped | | | M | T | | | | | Col. B (2)--Market disct accretion |
| 7. Tulsa County OK Indp Sch Dis | D | Interest | M | T | | | | | |
| 8. Santa Clara CA Uni Sch Dist | D | Interest | M | T | | | | | |
| 9. -Maine St GO BNDS | C | Interest | M | T | | | | | |
| 10. -NJ GO BNDS | C | Interest | M | T | | | | | |
| 11. -MA St GO BNDS | C | Interest | M | T | Buy | 10/09/09 | M | | |
| 12. -Los Angeles CA Uni Schl Dist | C | Interest | M | T | Buy | 10/21/09 | M | | |
| 13. -TN St GO BNDS | C | Interest | M | T | Buy | 10/14/09 | M | | |
| 14. -Port Seattle WA | D | Interest | M | T | | | | | |
| 15. -Salt Lake Cnty UT | C | Interest | M | T | | | | | |
| 16. -McKinney TX Ser B | D | Interest | | | Sold | 08/15/09 | L | | |
| 17. -Jordan UT School | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudaby, Richard D. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Mississippi ST | C | Interest | M | T | | | | | |
| 19. -Arlington TX ISD | C | Interest | M | T | | | | | |
| 20. -Gulf Coast Waste TX | C | Interest | M | T | | | | | |
| 21. -New York NY GO BDS | C | Interest | M | T | | | | | |
| 22. -Maricopa Cnty AZ Dist No-ref Bd | C | Interest | M | T | Buy | 10/09/09 | M | | |
| 23. -New York ST | C | Interest | M | T | | | | | |
| 24. -Nicholas Fund | A | Dividend | L | T | Sold (part) | 03/03/09 | L | A | |
| 25. -Vanguard GoldPrecMetals | A | Dividend | | | Sold | 03/12/09 | L | | " |
| 26. -Newcrest Mining | A | Dividend | | | Sold | 08/18/09 | K | | |
| 27. -LIHIR Gold Ltd. | A | Dividend | K | T | Buy | 12/01/09 | K | | |
| 28. -First Eagle Gold | B | None | | | Buy (add'l) | 12/16/09 | J | | Reinv |
| 29. | | | | | Sold | 08/18/09 | J | | |
| 30. -Agnico Eagle Mines | A | None | L | T | Buy (add'l) | 03/12/09 | K | | " |
| 31. -Kinross Gold | A | None | L | T | Buy (add'l) | 03/12/09 | K | | " |
| 32. | | | | | Sold (part) | 08/18/09 | K | | |
| 33. -Barrick Gold Corp. | A | None | | | Sold | 08/18/09 | K | | |
| 34. -Franklin Gold | D | None | M | T | Buy (add'l) | 12/1 | J | | Reinv. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -[SPDR] Streettracks Gold Tr | | None | M | T | Buy (add'l) | 03/12/09 | K | | |
| 36. | | | | | Buy (add'l) | 05/21/09 | J | | |
| 37. | | | | | Sold (part) | 08/18/09 | K | | |
| 38. -Genworth Life Ins. Co. | D | Distribution | M | T | | | | | |
| 39. -USBank IRA Cash | A | Interest | K | T | | | | | |
| 40. -NuveenTaxExUnitTrusts (3) (Wells Fargo) | A | Dividend | J | T | | | | | |
| 41. -AGE Bank Dep Program (Wells Fargo) | A | Interest | J | T | | | | | |
| 42. -HI St Ser BQ Reg CMP (Wells Fargo) | B | Interest | | | Redeemed | 12/09/09 | K | E | |
| 43. -HarrisBnkWinnetka Cash/CashEq | A | Interest | J | T | | | | | |
| 44. -HarrisBnkWinnetka C/D | C | Interest | M | T | | | | | |
| 45. -HarrisBnkWintka Prem Savers | A | Interest | K | T | | | | | |
| 46. -Marshl/IlslyBnkMilw C/D (IRA) | B | Interest | K | T | | | | | |
| 47. -Nuveen Prem Inc. MuniFund IV (Stifel) | C | Dividend | K | T | | | | | |
| 48. -General Muni MM (Stifel) | A | Dividend | J | T | | | | | |
| 49. VanKampen Advtg Muni Inc Tr II (Stifel) | B | Dividend | K | T | Buy (add'l) | 5/8/09 | J | | |
| 50. -Centennial MonMkt Tr (Y) | | | | | | | | | |
| 51. -NuveenSelectTaxFreeIncome (Tr 625) (Wells Fargo) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Municipal Advantage Fund (PIMCO) (Stifel) | A | Dividend | | | Distributed | 9/17/09 | K | | |
| 53. -Nuveen Municipal Value Fund (Wells Fargo) | A | Dividend | K | T | | | | | |
| 54. -Neuberger Berman Mun Fund (Intermediate) (Stifel) | B | Dividend | K | T | | | | | |
| 55. -Blackrock Muni Tr. II (Stifel) | B | Dividend | K | T | | | | | |
| 56. ▓▓▓▓▓ FT #1 - NORTHERN TR CO-TTE | G | | P2 | T | | | | | B2=div, int, cap gain distributions |
| 57. -Short-term Investments & Cash | | Interest | | T | | | | | |
| 58. -MFB Northern SmallCapIndexFnd (NSIDX) | | Dividend | | T | | | | | |
| 59. -MFB Northern Mid-Cap Index Fnd (NOMIX) | | Dividend | | T | Buy (add'l) | 12/21/09 | J | | reinv of div |
| 60. -MFB Northern Fnds Stk Ind Fund (NOSIX) | | Dividend | | T | Sold (part) | 02/13/09 | N | | |
| 61. -MFB Northern Emerg Mkts Fund (NOEMX) | | Dividend | | T | Sold (part) | 02/13/09 | K | | |
| 62. -MFB Northern Int'l Equ Fnd Index (NOINX) | | Dividend | | T | Sold (part) | 02/13/09 | N | | |
| 63. -MFB Northern Funds Large Cap Index (NOLVX) (Y) | | | | | | | | | |
| 64. -Orono, MN, Indpt Schl Dist | | Interest | | T | | | | | amort/accrete |
| 65. -Santa Fe NM Com Coll | | Interest | | T | | | | | " " |
| 66. -Univ SC HR Ed Rev. | | Interest | | T | | | | | |
| 67. -Southern IL Univ | | Interest | | | Matured | 04/01/09 | M | | |
| 68. -Washoe Cty NV Schl Dist. | | Interest | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Atlanta GA Dev Auth | | Interest | | T | | | | | |
| 70. -Portland, OR Sew Sys Rev. | | Interest | | T | | | | | |
| 71. -Glendale, AZ Wtr & Swr Rev. | | Interest | | T | | | | | |
| 72. -Columbia, MO Sch Dist | | Interest | | T | | | | | |
| 73. -NJ Environmental | | Interest | | T | | | | | amort/accrete |
| 74. -Maryland State | | Interest | | T | Buy | 03/05/09 | M | | |
| 75. -Forest Hills MI PubSchl | | Interest | | | Matured | 05/01/09 | M | | |
| 76. -Summit NJ | | Interest | | | Matured | 06/01/09 | L | | amort/accrete |
| 77. -Henrico Cnty VA | | Interest | | T | | | | | amort/accrete |
| 78. -Cache Co. UT Sch Dist | | Interest | | T | Buy | 02/20/09 | M | | |
| 79. -Eagan, MN | | Interest | | T | Buy | 12/02/09 | M | | |
| 80. -Univ of Neb. Facs Corp. | | Interest | | T | Buy | 12/10/09 | M | | |
| 81. -U of Colo Enterpr Sys Rev. | | Interest | | T | Buy | 12/10/09 | M | | |
| 82. -Union City, NJ | | Interest | | T | Buy | 02/20/09 | M | | |
| 83. -VA St Pub Schl Auth | | Interest | | T | Buy | 02/27/09 | M | | |
| 84. -Norwalk, CT | | Interest | | T | Buy | 02/25/09 | M | | |
| 85. -TX St | | Interest | | T | Buy | 08/12/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -St. Louis Cnty, MO Pkwy Schl Dist | | Interest | | T | Buy | 02/26/09 | M | | |
| 87.   -Overland Park, KS | | Interest | | T | Buy | 08/18/09 | M | | |
| 88.   -Boulder, CO | | Interest | | T | Buy | 06/03/09 | M | | |
| 89.   -N.C. State Cap Imprv. | | Interest | | T | Buy | 04/16/09 | M | ` | |
| 90.   -Johnson City. KS Uni Schl Dist | | Interest | | T | Buy | 08/26/09 | M | | |
| 91.   -Iowa City, IA | | Interest | | T | Buy | 05/06/09 | M | | |
| 92.   -MA State | | Interest | | T | Buy | 02/20/09 | M | | |
| 93.   -DeSoto Co., Miss | | Interest | | T | Buy | 02/17/09 | M | | |
| 94.   -Cherokee Co., GA | | Interest | | T | Buy | 02/18/09 | M | | |
| 95.   [▨▨▨] FT #2/KL, Milw - Co-Ttee | F | | P1 | T | | | | | B2=di, int, cap gain distributions |
| 96.   -Schwab Govt. Money Fund | | Interest | | T | | | | | |
| 97.   -U.S. Treas Note | | | | | Sold | 05/15/09 | L | A | |
| 98.   -U.S. Treas Note | | Interest | | T | | | | | |
| 99.   -U.S. Treas. Note | | Interest | | T | | | | | |
| 100.  -Ishares Msci Emerg. Mkts Ind. Fund | | Dividend | | T | | | | | |
| 101.  -TX St Pub Fin. Auth Rev. | | Interest | | T | | | | | |
| 102.  -Boston, MA Go Bnds | | Int./Div. | | T | Buy | 10/14/09 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Tempe AZ | | Interest | | | Sold | 07/01/09 | L | | |
| 104. -TN State GO Bnds | | Interest | | T | Buy | 10/14/09 | M | | |
| 105. -Sapulpa OK Cap Impr | | Interest | | T | | | | | |
| 106. -Kentucky Interlocal Sch Trans Auth. | | Interest | | T | | | | | |
| 107. -Portsmouth VA Prf | | Interest | | | Sold | 04/02/09 | K | | |
| 108. -Ishares MSCI XNHUA IDX | | Interest | | T | Buy | 04/03/09 | L | | |
| 109. -Travis Cnty TX | | Interest | | | Sold | 09/01/09 | K | | |
| 110. -Montgomery Co. MD Pkg Rev. | | Interest | | | Sold | 06/01/09 | K | | |
| 111. -Gulf Coast Waste TX | | Interest | | T | | | | | |
| 112. -Tacoma WA Water | | Interest | | T | | | | | |
| 113. -Pulaski Cnty AR | | Interest | | T | | | | | |
| 114. -Nicholas Fund | | Dividend | | | Sold | 03/02/09 | L | B | |
| 115. -Ishares MSCI Australia | | Dividend | | T | Buy | 10/14/09 | L | | |
| 116. -Ishares MSCI Brazil | | Dividend | | T | Buy | 04/03/09 | L | | |
| 117. -Ishares MSCI Singapore | | Dividend | | T | Buy | 10/14/09 | M | | |
| 118. -Fidelity Equity Inc. Fund | | Dividend | | T | Buy (add'l) | 04/03/09 | J | | Reinv Shares |
| 119. | | Dividend | | T | Buy (add'l) | 07/10/09 | J | | " " |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | Dividend | | T | Buy (add'l) | 10/02/09 | J | | " " |
| 121. | | Dividend | | T | Buy (add'l) | 12/14/09 | J | | " " |
| 122. -SPDR Gold Tr. Gold Shs | | Interest | | T | Buy | 06/04/09 | M | | |
| 123. -MA St Bnds | | Interest | | T | | | | | |
| 124. -Denver Co. City & Co. SD | | Interest | | T | | | | | |
| 125. -NY GO Bnds | | Interest | | T | | | | | |
| 126. -Albuq NM CO Gen PU | | Interest | | T | | | | | |
| 127. -OH St GO Hwy CA | | Interest | | T | | | | | |
| 128. -Fairfax Co VA Ref Pub I | | Interest | | T | Buy | 10/14/09 | M | | |
| 129. -Vanguard IntnatlGroPofolio | | Dividend | | T | Buy (add'l) | 12/15/09 | J | | Reinv Dividends |
| 130. -Vanguard Index500 Pofolio | | Dividend | | T | Buy (add'l) | 03/26/09 | J | | " |
| 131. | | Dividend | | T | Buy (add'l) | 06/23/09 | J | | " |
| 132. | | Dividend | | T | Buy (add'l) | 09/28/09 | J | | " |
| 133. | | Dividend | | T | Buy (add'l) | 12/28/09 | J | | " |
| 134. -AIM Invesco Finan Svcs | | Dividend | | | Sold | 02/17/09 | K | | " |
| 135. -Vanguard Healthcare Portfolio | | Dividend | | T | Buy (add'l) | 03/20/09 | J | | " |
| 136. | | | | T | Sold (part) | 03/02/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. T Rowe Price MidCap Growth | | Dividend | | T | Buy (add'l) | 12/14/09 | J | | " |
| 138. | | | | | Sold | 02/17/09 | L | | |
| 139. [_____] 1976 TRUST, [____]TTEES | E | | P1 | T | | | | | B2=div, int, cap gain distributions |
| 140. -Charles Schwab Govt. Money Fund | | | | T | | | | | |
| 141. U.S. Treas. Note | | Interest | | | Sold | 05/15/09 | L | | |
| 142. U.S. Treas. Note | | Interest | | | Sold | 01/15/09 | K | A | |
| 143. -Leander, TX Ind. Sch. | | Interest | | T | | | | | |
| 144. TX St Pub Fin Auth | | Interest | | T | | | | | |
| 145. -Tempe AZ | | Interest | | T | | | | | |
| 146. -CT St Bonds | | Interest | | T | | | | | |
| 147. -L.A. CA Uni Sch Dist GO Bnds | | Interest | | T | | | | | |
| 148. -Albuq NM GO GEN PU | | Interest | | T | | | | | |
| 149. -NY GO Bonds | | Interest | | T | Buy | 10/14/09 | M | | |
| 150. -Kentucky Intloc Sch Trans Auth | | Interest | | T | | | | | |
| 151. -Pulaski Cnty AR | | Interest | | T | | | | | |
| 152. -Beaufort Cnty. S.C. | | Interest | | T | | | | | |
| 153. -Ishares Msci Emerg. Mkts Ind. Fund. | | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Ishares MSCI XNHUA IDX | | Dividend | | T | Buy | 04/03/09 | K | | |
| 155. -Ishares MSCI Brazil | | Dividend | | T | Buy | 04/03/09 | K | | |
| 156. -Ishares MSCI Singapore | | Dividend | | T | Buy | 10/14/09 | L | | |
| 157. -Nicholas Fund | | | | | Sold | 03/02/09 | K | A | |
| 158. -Fidelity Equity Income Fund | | Dividend | | T | Buy (add'l) | 04/03/09 | J | | Reinvested Dividends |
| 159. | | Dividend | | T | Buy (add'l) | 07/10/09 | J | | " |
| 160. | | Dividend | | T | Buy (add'l) | 10/02/09 | J | | " |
| 161. | | Dividend | | T | Buy (add'l) | 12/11/09 | J | | " |
| 162. -VanguardWorldIntnatlGrowth | | Dividend | | T | Buy (add'l) | 12/15 | J | | " |
| 163. -Vanguard Index Tr 500 | | Dividend | | T | Buy (add'l) | 03/26/09 | J | | " |
| 164. | | Dividend | | T | Buy (add'l) | 06/23/09 | J | | " |
| 165. | | Dividend | | T | Buy (add'l) | 09/28/09 | J | | " |
| 166. | | Dividend | | T | Buy (add'l) | 12/28/09 | J | | " |
| 167. -Vanguard Health Care | | Dividend | | T | Sold (part) | 03/02/09 | K | | |
| 168. | | Dividend | | T | Buy (add'l) | 03/20/09 | J | | " |
| 169. | | Dividend | | T | Buy (add'l) | 12/30/09 | J | | " |
| 170. -AIM Invesco Finan Svcs | | Dividend | | | Sold | 02/17/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -T Rowe Price MidCap Growth | | Dividend | | T | Sold (part) | 02/17/09 | K | | |
| 172. | | Dividend | | T | Buy (add'l) | 12/14/09 | J | | " |
| 173. -SPDR Gold Tr Gold Shrs | | Dividend | | T | Buy | 06/04/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Under Part VII. - Investments and Trusts

Former Trustee▨ passed away in January, 2009, and has been replaced by▨ at Godfrey & Kahn. See lines 94 and 137.

On February 14 the investment portfolio formerly listed as being at Wachovia was transferred to the purchaser of Wachovia, Wells Fargo: all references to "Wachovia" have been changed to "Wells Fargo." Line 50's asset no longer appears in any of the holdings and will be removed for the 2010 report.

Line 63 should not have appeared on this year's report; assets were sold in June of 2008 and not identified as sold in 2008 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544